UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JUSTIN ALLEN WALDRON,

    Defendant.

_____/

Hon. Robert J. Jonker

Case No.  1:21-cr-00198

## ORDER OF DETENTION

This matter is before the Court on the government's motion for pretrial detention.  Defendant has been charged in a three-count Indictment with sexual exploitation of a minor, in violation of 18 U.S.C § 2251(a) and (e).  Given the nature of the charges, there is a statutory rebuttable presumption in favor of detention.

The government sought defendant's detention on the basis the he is a danger to the community, 18 U.S.C. § 1342(f)(1).  The Court conducted a hearing on November 18, 2021, at which defendant was represented by counsel.

Having considered the information presented at the hearing, the parties' oral submissions, and the information in the Pretrial Services Report, and for the reasons stated on the record, the Court finds that defendant has rebutted the presumption of detention regarding risk of flight, but has not rebutted the presumption of detention as to danger to the community.  The Court alternatively finds, as explained on the record, that the government has met its burden by clear and convincing evidence that he poses a danger to the community.  The Court further finds that there is no

condition or combination of conditions that will ensure the appearance of defendant and the safety of the community.   Accordingly,

**IT IS ORDERED** that defendant is committed to the custody of the Attorney General pending trial.

**DONE AND ORDERED** on November 18, 2021.

                                           /s/ Phillip J. Green
                                          PHILLIP J. GREEN
                                          United States Magistrate Judge